IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA,
*ex rel.* MICHAEL PAULSEN — PLAINTIFF-RELATOR

v. — No. 4:22-cv-1275-DPM

ADVANCED PATHOLOGY SOLUTIONS, LLC; ADVANCED PATHOLOGY SOLUTIONS, PLLC; APS MSO, LLC; DIGESTIVE DISEASE CONSULTANTS, PA; PROFESSIONAL GASTROENTEROLOGY & NUTRITION ASSOCIATES, PA, d/b/a Advanced Gastroenterology & Surgery Associates; SOUTH LAKE GASTROENTEROLOGY, INC.; GASTRO-INTESTINAL CONSULTANTS OF CENTRAL FLORIDA, LLC; LAKE GASTROENTEROLOGY ASSOCIATES, LLC; GASTROENTEROLOGY CONSULTANTS OF SAVANNAH, PC; WESTGLEN GASTROINTESTINAL CONSULTANTS, PA; GASTROENTEROLOGY GROUP, LLC; GATEWAY GASTROENTEROLOGY, INC.; DIGESTIVE DISEASE GROUP, PA; KOFI NUAKO, M.D., P.C., d/b/a Advanced Gastroenterology; TEXAS INSTITUTE OF DIGESTIVE HEALTH, PLLC; TEXAS GASTROENTEROLOGY INSTITUTE, PA; 10001 LILE HOLDINGS PA, d/b/a Little Rock Diagnostic Clinic; COOPER CLINIC, PA; HATTIEBURG GI ASSOCIATES, PLLC; and JEFFERSON CITY MEDICAL GROUP, PC — DEFENDANTS

**JUDGMENT**

**1.** All of Paulsen's claims against the named Advanced Pathology entities are dismissed with prejudice. All the United States' claims against the named Advanced Pathology entities for conduct covered by their settlement agreement are dismissed with prejudice. All other claims by the United States against the named Advanced Pathology entities are dismissed without prejudice. The Court retains jurisdiction to enforce the settlement between the United States, Advanced Pathology, and Paulsen, including but not limited to, the relators'-fees issue.

**2.** All other claims against all other defendants are dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

17 August 2026